IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JARELL D. TERRY**  **PLAINTIFF**
*ADC #149998*

v.   CASE NO. 4:24-CV-00999-BSM

**SIMS,** *Nurse, Wellpath*  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE